NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

## 2009-3120

TERESA C. CHAMBERS,

Petitioner,

v.

DEPARTMENT OF THE INTERIOR,

Respondent.

Petition for review of the Merit Systems Protection Board
in consolidated case nos. DC1221040616-M-1 and DC0752040642-M-1.

ON MOTION

## O R D E R

Upon consideration of the unopposed motion of the National Treasury Employees Union for an extension of time, until June 19, 2009, to file its brief amicus curiae,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

JUN - 3 2009
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc: Paula Dinerstein, Esq.
Hillary A. Stern, Esq.
Barbara A. Atkin, Esq.

s8

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

JUN 03 2009

JAN HORBALY
CLERK